IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY LEON FOY, JR.,

    Petitioner,                   No. 2:10-cv-2322 KJN P

    vs.

RAUL LOPEZ, et al.,

    Respondents.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

        Petitioner has failed to sign and date the petition. Rule 11 of the Federal Rules of Civil Procedure requires that every pleading be signed by a party personally if the party is unrepresented. <u>Id</u>. Accordingly, petitioner must either submit an amended petition that is signed and dated, or petitioner may submit a signed and dated page 7 for inclusion in his original petition.

////

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner is granted leave to proceed in forma pauperis;

2. Within thirty days from the date of this order, petitioner shall complete the attached Notice of Compliance and submit the following documents to the court:

    a. The completed Notice of Compliance; and

    b. An original and one copy of the signed and dated Amended Petition, or an original and one copy of the signed and dated page 7 of the original petition.

3. Any amended petition must bear the case number assigned to this action and the title "Amended Petition";

4. Petitioner is cautioned that failure to comply with this order may result in the dismissal of this action; and

5. The Clerk of the Court is directed to send petitioner a copy of the original petition filed August 30, 2010.

DATED: September 3, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

foy2322.114

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY LEON FOY, JR.,

    Petitioner,                                        No. 2:10-cv-2322 KJN P

    vs.

RAUL LOPEZ, et al.,                           NOTICE OF COMPLIANCE

    Respondents.

_____/

    Petitioner hereby submits the following document in compliance with the court's order filed _____:

        _____ Signed and dated Amended Petition OR

        _____ Signed and dated Page 7 of Original Petition

DATED:

                                                                         _____
                                                                         Petitioner